# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**DE'ALLO GORDON,**

    **Defendant.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2255**

Case No.: 06-cr-103-jcs
08-c-273-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

5/16/08
_____
Date